**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**:

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff** | ) | **02-CR-0011** |
| | ) | |
| vs. | ) | |
| | ) | |
| **RAMON MATEO,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**RECUSAL ORDER**

Senior District Judge Raymond L. Finch hereby recuses himself from all further proceedings in this matter.

ENTER:

DATED: October 8, 2008

s/Raymond L. Finch
Senior District Judge

cc: Magistrate Judge George W. Cannon
    AUSA Rhonda Williams-Henry
    AFPD Patricia Schrader-Cooke